**2003–0433.   DAK, PLL v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2002–A–1940. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's motion for extension of time to file merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

**2003–0434.   DAK, PLL v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2002–A–1933. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's motion for extension of time to file merit

brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before May 16, 2003.